■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA GOODWIN, Appellant. [40 NYS3d 290]—Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered April 24, 2015, convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree.

In satisfaction of a six-count indictment, defendant pleaded guilty to the reduced charge of attempted assault in the second degree. He was sentenced, as a second felony offender, in accordance with the terms of the plea agreement to the minimum prison term of 1½ to 3 years, to run consecutively to the sentence that he is currently serving. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Accordingly, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979, 980 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

---

Peters, P.J., Garry, Egan Jr., Clark and Mulvey, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.